UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: Sealed Seizure Warrant | No. 4:23-mj-00417 |

**NOTICE OF APPEARANCE OF MATTHEW AARON FORD**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that MATTHEW AARON FORD appears as counsel for Edward Constantinescu in this action and demands that all parties serve copy of all notices and other papers in this action upon the counsel at the address indicated below:

Matthew Aaron Ford
Texas Bar No. 24119390
Ford O'Brien Landy LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
mford@fordobrien.com

Dated: Austin, Texas
March 31, 2023

Respectfully submitted,

FORD O'BRIEN LANDY LLP

/s/ Matthew Aaron Ford
Matthew Aaron Ford
FORD O'BRIEN LANDY LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Tel.: (212) 858-0040
mford@fordobrien.com

*Attorney for*
*Edward Constantinescu*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served this 31st day of March 2023 via CM-ECF on all counsel of record.

                                                                     */s/ Matthew Aaron Ford*
                                                                     Matthew Aaron Ford