Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re: Sealed Seizure Warrant

No. 4:23-mj-00417

**ORDER GRANTING UNOPPOSED MOTION TO UNSEAL**

The Court, having considered this Unopposed Motion to Unseal, hereby grants this motion. The Clerk is hereby ORDERED to unseal document ECF - 1 in this proceeding. SIGNED this the 4th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4